UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

ALI N. MORSHED

*Petitioner,*

v.

Case No. 17-CV-503 (CBA)

DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,

*Respondents.*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 3 1 2017 ★
BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner ALI N. MORSHED hereby voluntarily dismisses his Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief without prejudice.

DATED: January 30, 2017
New York, New York

Respectfully submitted,

*s/ Jonathan Schoepp-Wong*

Jonathan Schoepp-Wong
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jonathan.schoepp-wong@kirkland.com

*Counsel for Petitioner*

So Ordered
1/30/17    /s/ Carol Bagley Amon